TIMES SQUARE AUTO SUPPLY COMPANY, INC., Respondent, v. THE CORCORAN MANUFACTURING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.